Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYANAIR DAC, an Irish company, | Case No. 2:17-cv-01789-RSL |
| Plaintiff, | **ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO WAIVE GEOGRAPHIC REQUIREMENT IN LCR 83.1** |
| v. | |
| EXPEDIA INC., a Washington corporation, | |
| Defendant. | |

THIS MATTER has come before the Court on plaintiff's Unopposed Motion to Waive Geographic Requirement in LCR 83.1. The Court has reviewed the motion and, deeming that good cause exists, GRANTS the motion. The Court hereby waives the geographic requirement for local counsel in LCR 83.1(d)(2), and orders that J. Matthew Donohue and Shannon Armstrong may serve as local counsel in this matter and file *pro hac vice* applications under LCR 83.1(d).

IT IS SO ORDERED.

Dated this 16 day of January, 2018.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO
WAIVE GEOGRAPHIC REQUIREMENT IN LCR 83.1 -
PAGE 1

HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503-243-2300