Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYANAIR DAC, an Irish company, | Case No. 2:17-cv-01789-RSL |
| Plaintiff, | **STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE** |
| v. | |
| EXPEDIA INC., a Washington corporation, | **NOTE ON MOTION CALENDAR: FEBRUARY 13, 2018** |
| Defendant. | |

Pursuant to LCR 7(d)(1) and LCR 10(g), plaintiff Ryanair DAC ("Ryanair") and defendant Expedia Inc. ("Expedia"), by and through their counsel, hereby stipulate and move for a two-week extension of the deadlines for Ryanair to respond to Expedia's motion to dismiss and request for judicial notice, a two-week extension of the deadline for Ryanair to amend its complaint pursuant to FRCP 15(a)(1)(B), and a stay of the pretrial deadlines related to FRCP 26(a) and 26(f) until after the Court resolves Expedia's pending motion.

**STIPULATED MOTION**

The parties hereby stipulate as follows:

Expedia filed a motion to dismiss (Dkt. # 18) and request for judicial notice (Dkt. # 20) on February 5, 2018, making Ryanair's responses due on February 26, 2018. Counsel for Ryanair are scheduled to be in a preliminary injunction hearing around the time Ryanair's responses are due and therefore request additional time to file its responses. In accordance with the extension of the

STIPULATED MOTION AND [PROPOSED] ORDER TO
AMEND CASE SCHEDULE (2:17-CV-01789-RSL)
- PAGE 1

HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503-243-2300

deadlines related to Expedia's motion to dismiss and request for judicial notice, the parties also request a two-week extension of the deadline for Ryanair to amend its complaint pursuant to FRCP 15(a)(1)(B). To conserve time and resources, the parties respectfully request a stay of the initial FRCP 26 deadlines for the parties' discovery conference, initial disclosures, and joint status report until after the Court resolves Expedia's motion to dismiss. As set forth in the Court's Order regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. # 23), the current deadline for the parties to hold their FRCP 26(f) conference is February 21, 2018, the deadline to exchange initial disclosures pursuant to FRCP 26(a)(1) is February 28, 2018, and the deadline for the parties to file their combined joint status report and discovery plan pursuant to FRCP 26(f) and LCR 26(f) is March 7, 2018.

Accordingly, the parties agree and stipulate that good cause exists to continue the deadlines for Ryanair to respond to Expedia's motion to dismiss and request for judicial notice and for Ryanair to amend its complaint pursuant to FRCP 15(a)(1)(B) for two weeks, to **March 12, 2018**, and agree that Expedia's reply in support of its motion to dismiss shall be due and noted for consideration on **March 30, 2018**. The parties agree that the initial deadlines under FRCP 26 for the parties to hold their discovery conference, to serve initial disclosures, and to file their joint status report should be stayed until after the Court resolves Expedia's motion to dismiss.

STIPULATED AND AGREED on February 13, 2018:

| HOLLAND & KNIGHT LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| s/ R. David Donoghue<br>**R. David Donoghue** (admitted *pro hac vice*)<br>david.donoghue@hklaw.com<br>**Anthony J. Fuga** (admitted *pro hac vice*)<br>anthony.fuga@hklaw.com<br>**Rachel C. Agius** (admitted *pro hac vice*)<br>rachel.agius@hklaw.com<br>131 S. Dearborn Street, 30th Fl.<br>Chicago, IL 60611<br>Telephone: 312-263-3600 | s/ B. Dylan Proctor<br>**B. Dylan Proctor** (admitted *pro hac vice*)<br>dylanproctor@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Phone (213) 443-3000<br>Fax (213) 443-3100<br><br>**Arthur M. Roberts** (admitted *pro hac vice*)<br>arthurroberts@quinnemanuel.com |

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE (2:17-CV-01789-RSL) - PAGE 2

HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503-243-2300

**J. Matthew Donohue, WSBA #52455**
Matt.Donohue@hklaw.com
**Shannon Armstrong, WSBA #45947**
Shannon.Armstrong@hklaw.com
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300

Attorneys for Plaintiff
RYANAIR DAC

50 California Street, 22nd Floor
San Francisco, CA 94111-4788
Phone (415) 875-6600
Fax (415) 875-6700

**Thomas C. Rubin**, WSBA #33829
tomrubin@quinnemanuel.com
600 University Street, Suite 2800
Seattle, WA 98101
Phone (206) 905-7000
Fax (206) 905-7100

Attorneys for Defendant Expedia, Inc.

## ORDER

Pursuant to the above stipulation, and good cause appearing, IT IS SO ORDERED that Ryanair's responses to Expedia's motion to dismiss and request for judicial notice, and any amendment of its complaint pursuant to FRCP 15(a)(1)(B), are due on March 12, 2018, and Expedia's reply in support of its motion to dismiss is due on March 30, 2018. The deadlines for the parties to hold their FRCP 26(f) conference, to exchange initial disclosures pursuant to FRCP 26(a)(1), and to file their combined joint status report and discovery plan pursuant to FRCP 26(f) and LCR 26(f) as described in the Court's Order (Dkt. # 23) are stayed until after the Court resolves Expedia's motion to dismiss.

DATED this 21st day of February, 2018.

_____
The Honorable Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER TO
AMEND CASE SCHEDULE (2:17-CV-01789-RSL)
- PAGE 3

HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503-243-2300