UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYANAIR DAC, an Irish company,<br><br>Plaintiff,<br><br>vs.<br><br>EXPEDIA INC., a Washington corporation,<br><br>Defendant. | Case No. 2:17-cv-01789-RSL<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>**NOTE ON THE MOTION CALENDAR:**<br>**August 9, 2018** |

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff Ryanair DAC ("Ryanair") and defendant Expedia, Inc. ("Expedia"), by and through their counsel, hereby stipulate and move for a fifteen-day extension of the deadline for Expedia's answer to Ryanair's Complaint pursuant to FRCP 12(a)(4)(A).

## STIPULATED MOTION

The parties hereby stipulate as follows:

Ryanair filed its Complaint on November 29, 2017 (Dkt. #1), and Expedia moved to dismiss the Complaint. (Dkts. # 18, 28) On August 6, 2018, following briefing, this Court denied Expedia's motions to dismiss. (Dkt. #34) Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Expedia's answer to Ryanair's Complaint is due on August 20, 2018. Due to counsel's pre-planned and pre-paid vacation schedule, and as a professional courtesy, the parties agree and stipulate that good cause exists to continue the deadline for Expedia to file its answer for fifteen days, to **September 4, 2018.**

02239-00002/10330462.1
Stipulated Motion for Extension of Time - 1
(2:17-cv-01789-RSL)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University St., Ste. 2800
Seattle, Washington 98112
(206) 905-7000

STIPULATED AND AGREED on August 9, 2018:

HOLLAND & KNIGHT LLP
s/ R. David Donoghue
**R. David Donoghue** (admitted *pro hac vice*)
david.donoghue@hklaw.com
**Anthony J. Fuga** (admitted *pro hac vice*)
anthony.fuga@hklaw.com
**Rachel C. Agius** (admitted *pro hac vice*)
rachel.agius@hklaw.com
131 S. Dearborn Street, 30th Fl.
Chicago, IL 60611
Telephone: 312-263-3600

**J. Matthew Donohue, WSBA #52455**
Matt.Donohue@hklaw.com
**Shannon Armstrong, WSBA #45947**
Shannon.Armstrong@hklaw.com
2300 US Bancorp Tower 111 SW Fifth Avenue Portland, OR 97204 Telephone: 503.243.2300
Attorneys for Plaintiff
RYANAIR DAC

QUINN EMANUEL URQUHART & SULLIVAN, LLP
s/ B. Dylan Proctor
**B. Dylan Proctor** (admitted *pro hac vice*)
dylanproctor@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Phone (213) 443-3000
Fax (213) 443-3100

**Thomas C. Rubin**, WSBA #33829
tomrubin@quinnemanuel.com
600 University Street, Suite 2800
Seattle, WA 98101
Phone (206) 905-7000
Fax (206) 905-7100
Attorneys for Defendant Expedia, Inc.

## ORDER

Pursuant to the above stipulation, and good cause appearing, IT IS SO ORDERED that Expedia's answer to Ryanair's Complaint is due on September 4, 2018.

DATED this 17th day of August, 2018

_____
The Honorable Robert S. Lasnik
United States District Judge

02239-00002/10330462.1
Stipulated Motion for Extension of Time - 2
(2:17-cv-01789-RSL)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University St., Ste. 2800
Seattle, Washington 98112
(206) 905-7000