**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| RYANAIR DAC, an Irish company,<br><br>Plaintiff,<br><br>vs.<br><br>EXPEDIA INC., a Washington corporation,<br><br>Defendant. | Case No. 2:17-cv-01789-RSL<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME** |

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff Ryanair DAC ("Ryanair") and defendant Expedia, Inc. ("Expedia"), by and through their counsel, hereby stipulate and move for a ten-day extension of the deadline for Expedia's answer to Ryanair's Complaint pursuant to FRCP 12(a)(4)(A).

## **STIPULATED MOTION**

The parties hereby stipulate as follows:

Ryanair filed its Complaint on November 29, 2017 (Dkt. #1), and Expedia moved to dismiss the Complaint. (Dkts. # 18, 28) On August 6, 2018, following briefing, this Court denied Expedia's motions to dismiss, Dkt. #34, triggering the deadline for Expedia's answer to Ryanair's Complaint. On August 17, 2018, this Court granted Expedia's stipulated motion to extend the deadline for Expedia's answer to September 4, 2018. Expedia now requests an additional ten-day extension of the deadline, to September 14, 2018, due to delays in gathering necessary information created by the travel schedule of in-house Expedia personnel. Ryanair has

Stipulated Motion for Extension of Time - 1
(2:17-cv-01789-RSL)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University St., Ste. 2800
Seattle, Washington 98112
(206) 905-7000

agreed to this request as a professional courtesy. Accordingly, the parties agree and stipulate that good cause exists to continue the deadline for Expedia to file its answer by ten days, to **September 14, 2018**.

STIPULATED AND AGREED on August 24, 2018:

| HOLLAND & KNIGHT LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| s/ R. David Donoghue | s/ B. Dylan Proctor |
| **R. David Donoghue** (admitted *pro hac vice*) | **B. Dylan Proctor** (admitted *pro hac vice*) |
| david.donoghue@hklaw.com | dylanproctor@quinnemanuel.com |
| **Anthony J. Fuga** (admitted *pro hac vice*) | 865 S. Figueroa St., 10th Floor |
| anthony.fuga@hklaw.com | Los Angeles, CA 90017 |
| **Rachel C. Agius** (admitted *pro hac vice*) | Phone (213) 443-3000 |
| rachel.agius@hklaw.com | Fax (213) 443-3100 |
| 131 S. Dearborn Street, 30th Fl. | |
| Chicago, IL 60611 | |
| Telephone: 312-263-3600 | |
| | |
| **J. Matthew Donohue**, WSBA #52455 | **Thomas C. Rubin**, WSBA #33829 |
| Matt.Donohue@hklaw.com | tomrubin@quinnemanuel.com |
| **Shannon Armstrong**, WSBA #45947 | 600 University Street, Suite 2800 |
| Shannon.Armstrong@hklaw.com | Seattle, WA 98101 |
| 2300 US Bancorp Tower 111 SW Fifth Avenue Portland, OR 97204 Telephone: 503.243.2300 | Phone (206) 905-7000 |
| | Fax (206) 905-7100 |
| Attorneys for Plaintiff | Attorneys for Defendant Expedia, Inc. |
| RYANAIR DAC | |

## **ORDER**

Pursuant to the above stipulation, and good cause appearing, IT IS SO ORDERED that Expedia's answer to Ryanair's Complaint is due on September 14, 2018.

DATED this 30th day of August, 2018.

_____
Robert S. Lasnik
United States District Judge

Stipulated Motion for Extension of Time - 2
(2:17-cv-01789-RSL)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University St., Ste. 2800
Seattle, Washington 98112
(206) 905-7000