Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYANAIR DAC, an Irish company,<br><br>Plaintiff,<br><br>v.<br><br>EXPEDIA INC., a Washington corporation,<br><br>Defendant. | Case No. 2:17-cv-01789-RSL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO LIFT STAY OF PRETRIAL DEADLINES**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 5, 2018** |

Pursuant to LCR 7(d)(1) and LCR 10(g), plaintiff Ryanair DAC ("Ryanair") and defendant Expedia Inc. ("Expedia"), by and through their counsel, hereby stipulate and move the Court to lift the stay of the initial pretrial deadlines related to FRCP 26(a) and 26(f).

## STIPULATED MOTION

The parties hereby stipulate as follows:

Expedia filed a motion to dismiss (Dkt. # 18) and request for judicial notice (Dkt. # 20) on February 5, 2018. In response, the parties stipulated, and the Court agreed, to stay the initial FRCP 26 deadlines for the parties' discovery conference, initial disclosures, and joint status report until after the Court resolved Expedia's motion to dismiss. (Dkt # 25.) While its first motion to dismiss was still pending, Expedia filed a second motion to dismiss. (Dkt. # 28).

On August 6, 2018, the Court denied both of Expedia's motions. (Dkt. # 34.) The Court has not yet issued a new scheduling order relating to the initial FRCP 26 deadlines.

STIPULATED MOTION AND [PROPOSED] ORDER TO LIFT STAY OF PRETRIAL DEADLINES (2:17-CV-01789-RSL) - PAGE 1

HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503-243-2300

1   Accordingly, the parties agree and stipulate that good cause exists to lift the stay of the initial
2   deadlines under FRCP 26 for the parties to hold their discovery conference, to serve initial
3   disclosures, and to file their joint status report.
4   STIPULATED AND AGREED on September 5, 2018:

| | |
|---|---|
| HOLLAND & KNIGHT LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| *s/ Kristin M. Asai* | *s/ B. Dylan Proctor* |
| **R. David Donoghue** (admitted *pro hac vice*) <br> david.donoghue@hklaw.com <br> **Anthony J. Fuga** (admitted *pro hac vice*) <br> anthony.fuga@hklaw.com <br> **Rachel C. Agius** (admitted *pro hac vice*) <br> rachel.agius@hklaw.com <br> 131 S. Dearborn Street, 30th Fl. <br> Chicago, IL 60611 <br> Telephone: 312-263-3600 <br><br> **J. Matthew Donohue**, WSBA #52455 <br> Matt.Donohue@hklaw.com <br> **Shannon Armstrong**, WSBA #45947 <br> Shannon.Armstrong@hklaw.com <br> **Kristin M. Asai**, WSBA #49511 <br> 2300 US Bancorp Tower <br> 111 SW Fifth Avenue <br> Portland, OR 97204 <br> Telephone: 503.243.2300 <br><br> Attorneys for Plaintiff RYANAIR DAC | **B. Dylan Proctor** (admitted *pro hac vice*) <br> dylanproctor@quinnemanuel.com <br> 865 S. Figueroa St., 10th Floor <br> Los Angeles, CA 90017 <br> Phone (213) 443-3000 <br> Fax (213) 443-3100 <br><br> **Thomas C. Rubin**, WSBA #33829 <br> tomrubin@quinnemanuel.com <br> 600 University Street, Suite 2800 <br> Seattle, WA 98101 <br> Phone (206) 905-7000 <br> Fax (206) 905-7100 <br><br> Attorneys for Defendant Expedia, Inc. |

STIPULATED MOTION AND [PROPOSED] ORDER TO LIFT STAY OF PRETRIAL DEADLINES (2:17-CV-01789-RSL) - PAGE 2

**HOLLAND & KNIGHT LLP**
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503-243-2300

## ORDER

Pursuant to the above stipulation, and good cause appearing, IT IS SO ORDERED that the stay of the initial FRCP 26 deadlines is lifted. The parties shall hold their FRCP 26(f) conference by September 21, 2018, exchange initial disclosures pursuant to FRCP 26(a)(1) by October 5, 2018, and file their combined joint status report and discovery plan pursuant to FRCP 26(f) and LCR 26(f) by October 19, 2018.

DATED this 6th day of September, 2018.

_____
The Honorable Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER TO LIFT STAY OF PRETRIAL DEADLINES (2:17-CV-01789-RSL) - PAGE 3

HOLLAND & KNIGHT LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503-243-2300