**FILED**

DEC 20 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RYANAIR DAC, an Irish company,<br><br>　　　　Plaintiff-Respondent,<br><br> v.<br><br>EXPEDIA, INC.,<br><br>　　　　Defendant-Petitioner. | No.　18-80130<br><br>D.C. No. 2:17-cv-01789-RSL<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before:  LEAVY and HURWITZ, Circuit Judges.

　　Petitioner's motion for leave to file a reply (Docket Entry No. 3) is granted. The reply has been filed.

　　The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is denied.

IHP/MOATT