The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| RYANAIR DAC, an Irish company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPEDIA INC., a Washington corporation,<br><br>　　　　Defendant. | Case No. 2:17-cv-01789 |
| EXPEDIA INC., a Washington corporation,<br><br>　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>RYANAIR DAC, an Irish company,<br><br>　　　　Counterclaim-Defendant | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

Stipulation of Dismissal
(2:17-cv-01789-RSL)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, WA 98101
(206) 905-7000

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff and Counter-Defendant Ryanair DAC ("Ryanair") and Defendant and Counterclaimant Expedia Inc. ("Expedia") hereby stipulate to dismiss the entirety of this action, including all claims set forth in Ryanair's Complaint (Dkt. No. 1) and all counterclaims set forth in Expedia's Answer and Counterclaims (Dkt. No. 49), with prejudice.

Stipulation of Dismissal
(2:17-cv-01789-RSL) - 1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, WA 98101
(206) 905-7000

| | | |
|---|---|---|
| 1 | Dated:   August 9, 2019 | HOLLAND & KNIGHT LLP |

 

                */s J. Matthew Donohue*
J. Matthew Donohue, WSBA #52455
  Matt.Donohue@hklaw.com
Shannon Armstrong, WSBA #45947
  Shannon.Armstrong@hklaw.com
Kristin Asai, WSBA #49511
  Kristin.Asai@hklaw.com
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: (503) 243-2300

R. David Donoghue (admitted *pro hac vice*)
  David.Donoghue@hklaw.com
Anthony J. Fuga (admitted *pro hac vice*)
  Anthony.Fuga@hklaw.com
131 S. Dearborn Street, 30th Fl.
Chicago, IL 60611
Telephone: (312) 263-3600

Attrorney for Plaintiff Ryanair DAC

Dated:   August 9, 2019      QUINN EMANUEL URQUHART & SULLIVAN, LLP

                */s Thomas C. Rubin*
Thomas C. Rubin, WSBA #33829
  tomrubin@quinnemanuel.com
600 University Street, Suite 2800
Seattle, WA 98101
Phone (206) 905-7000
Fax (206) 905-7100

B. Dylan Proctor (admitted *pro hac vice*)
  dylanproctor@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Phone (213) 443-3000
Fax (213) 443-3100

Attorneys for Defendant Expedia, Inc.

Stipulation of Dismissal
(2:17-cv-01789-RSL) - 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, WA 98101
(206) 905-7000

1 **[PROPOSED] ORDER OF DISMISSAL**

2   Good cause appearing therefor, it is hereby ordered that the entirety of this action, including
3 all claims set forth in Ryanair's Complaint (Dkt. No. 1) and all counterclaims set forth in Expedia's
4 Answer and Counterclaims (Dkt. No. 49), are DISMISSED with prejudice.

5  Dated:

7                                          _____
                                           Hon. Robert S. Lasnik
8                                          United States District Judge

Stipulation of Dismissal
(2:17-cv-01789-RSL) - 3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, WA 98101
(206) 905-7000

## CERTIFICATE OF SERVICE

I hereby certify that on this day of August 9, 2019, I caused a true and correct copy of the foregoing document to be filed in this Court's CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter.

DATED this 9th day of August, 2019.

                                                */s Thomas C. Rubin*
                                                Thomas C. Rubin, WSBA #33829

Stipulation of Dismissal
(2:17-cv-01789-RSL) - 4

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, WA 98101
(206) 905-7000