The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RYANAIR DAC, an Irish company,<br><br>Plaintiff,<br><br>v.<br><br>EXPEDIA INC., a Washington corporation,<br><br>Defendant. | Case No. 2:17-cv-01789 |
| EXPEDIA INC., a Washington corporation,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>RYANAIR DAC, an Irish company,<br><br>Counterclaim-Defendant | **STIPULATION OF DISMISSAL AND** ~~**[PROPOSED]**~~ **ORDER** |

Stipulation of Dismissal
(2:17-cv-01789-RSL)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, WA 98101
(206) 905-7000

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff and Counter-Defendant Ryanair DAC ("Ryanair") and Defendant and Counterclaimant Expedia Inc. ("Expedia") hereby stipulate to dismiss the entirety of this action, including all claims set forth in Ryanair's Complaint (Dkt. No. 1) and all counterclaims set forth in Expedia's Answer and Counterclaims (Dkt. No. 49), with prejudice.

Stipulation of Dismissal
(2:17-cv-01789-RSL) - 1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, WA 98101
(206) 905-7000

Dated: August 9, 2019                     HOLLAND & KNIGHT LLP


                                          _____
                                          */s J. Matthew Donohue*
                                          J. Matthew Donohue, WSBA #52455
                                             Matt.Donohue@hklaw.com
                                          Shannon Armstrong, WSBA #45947
                                             Shannon.Armstrong@hklaw.com
                                          Kristin Asai, WSBA #49511
                                             Kristin.Asai@hklaw.com
                                          2300 US Bancorp Tower
                                          111 SW Fifth Avenue
                                          Portland, OR 97204
                                          Telephone: (503) 243-2300

                                          R. David Donoghue (admitted *pro hac vice*)
                                             David.Donoghue@hklaw.com
                                          Anthony J. Fuga (admitted *pro hac vice*)
                                             Anthony.Fuga@hklaw.com
                                          131 S. Dearborn Street, 30th Fl.
                                          Chicago, IL 60611
                                          Telephone: (312) 263-3600

                                          Attrorney for Plaintiff Ryanair DAC


Dated: August 9, 2019                     QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP


                                          _____
                                          */s Thomas C. Rubin*
                                          Thomas C. Rubin, WSBA #33829
                                             tomrubin@quinnemanuel.com
                                          600 University Street, Suite 2800
                                          Seattle, WA 98101
                                          Phone (206) 905-7000
                                          Fax (206) 905-7100

                                          B. Dylan Proctor (admitted *pro hac vice*)
                                             dylanproctor@quinnemanuel.com
                                          865 S. Figueroa St., 10th Floor
                                          Los Angeles, CA 90017
                                          Phone (213) 443-3000
                                          Fax (213) 443-3100

                                          Attorneys for Defendant Expedia, Inc.

## [PROPOSED] ORDER OF DISMISSAL

Good cause appearing therefor, it is hereby ordered that the entirety of this action, including all claims set forth in Ryanair's Complaint (Dkt. No. 1) and all counterclaims set forth in Expedia's Answer and Counterclaims (Dkt. No. 49), are DISMISSED with prejudice.

Dated: August 9, 2019

_____
Hon. Robert S. Lasnik
United States District Judge

Stipulation of Dismissal
(2:17-cv-01789-RSL) - 3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, WA 98101
(206) 905-7000